

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2016

No. 04-16-00553-CV

**SHELL WESTERN E&P, INC**., Liberty Mutual Insurance Co., and Fidelity & Deposit
Company of Maryland,
Appellants

v.

**PREFERRED QUALITY CHEMICALS LLC**, and Native Oilfield Services, LLC,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2014CVF000297 D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

The reporter's record is due October 3, 2016. The court reporter has filed a notice stating that the record will not be timely filed because appellants have not made a proper arrangements for the preparation of the reporter's record. *See* TEX. R. APP. P. 34.6(b), 35.3(b). We **order** appellants, Shell Western E&P, Inc. (SWEPI), Liberty Mutual Insurance Company, and Fidelity and Deposit Company of Maryland to provide written proof to this court by **October 3, 2016** that (1) they have requested a reporter's record with a designation of the hearings and the dates of those hearings needed for appeal, and (2) either the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee. *See* TEX. R. APP. P. 34.6(b)(1); 35.3(b). If appellants fail to provide such proof by the date ordered, appellants' briefs will be due October 20, 2016, and the court will only consider those issues or points raised in appellants' brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2016.

_Keith E. Hottle_
Clerk of Court